UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6040-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ORVILLE N. BARNES,

        Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant, Orville N. Barnes, pursuant to Federal Rule of Civil Procedure 41(a)(1).

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

BY:   MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     Bar No. A5500282
     99 N.E. 4TH STREET, Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9311
     Fax No. (305) 530-7195

DATED 2/7/00



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed this 7 day of February, 2000 to:

Orville N. Barnes
4430 NW 10th Place, #202
Fort Lauderdale, FL 33313

Mary F. Dooley
Assistant U.S. Attorney