UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 99-6040-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ORVILLE N. BARNES,

    Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant, Orville N. Barnes, pursuant to Federal Rule of Civil Procedure 41 (a)(1).

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    Bar No. A5500282
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9311
    Fax No. (305) 530-7195

DATED 2/7/00



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed this 7 day of February, 2000 to:

Orville N. Barnes
4430 NW 10th Place, #202
Fort Lauderdale, FL 33313

_____
Mary F. Dooley
Assistant U.S. Attorney