UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6040-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ORVILLE N. BARNES.

      Defendant,

_____/

FILED by ___ D.C.
FEB 08 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

    Plaintiff United States of America, having submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., to dismiss this case with prejudice, and this Court having reviewed the record, and being fully appraised in the premises, it is hereby

    ORDERED this case is dismissed with prejudice; and it is further

    ORDERED that the Clerk of the Court is instructed to close this case.

ALL PENDING MOTIONS ARE DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of February, 2000.

                          WILLIAM P. DIMITROULEAS
                          UNITED STATES DISTRICT JUDGE

cc:  Mary F. Dooley, AUSA
     Orville N. Barnes

